UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GRABER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| W&Z CONTRACTING | ) | |
| CONSTRUCTION, LLC, et al., | ) | |
| | ) | |
| Defendants; | ) | |
| _____) | | No. 4:19 CV 67 CDP |
| | ) | |
| W&Z CONTRACTING | ) | |
| CONSTRUCTION, LLC, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GRABER, INC., et al., | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Defendants W&Z Contracting Construction, LLC and Wilmer Urbina

Gutierrez move to dismiss plaintiff Graber, Inc.'s complaint, asserting that their

release of the mechanic's lien at issue in this case renders Graber, Inc.'s claims

against them moot. For the reasons stated in Graber, Inc.'s response to defendants'

motion, I disagree with defendants' assertion. The damage allegedly suffered by

Graber, Inc., in this action was not solely on account of the *existence* of the

mechanic's lien, but by the act of filing it as well.

Accordingly,

**IT IS HEREBY ORDERED** that defendants W&Z Contracting

Construction, LLC and Wilmer Urbina Gutierrez's Motion to Dismiss Plaintiff

Graber, Inc.'s Complaint [58] is **DENIED.**

**IT IS FURTHER ORDERED** that W&Z Contracting Construction, LLC

and Wilmer Urbina Gutierrez's related Motion to Stay Discovery [59] is **DENIED.**


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 9th day of December, 2019.